## SIM PHLEGM v. THE STATE.

No. 19963.   Delivered October 12, 1938.

The opinion states the case.

*Wm. McMurray*, of Cold Springs, for appellant.

*Lloyd W. Davidson*, State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—The offense is burglary; the punishment, confinement in the penitentiary for two years.

No statement of facts is brought forward. We are unable to appraise appellant's exceptions to the charge of the court in the absence of a statement of facts.

The judgment is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.